# ATTACHMENT 1

DOC NO
REC'D/FILED
2019 SEP 18 PM 3:19
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE  Western   DISTRICT OF  Wisconsin

---

(Full name of plaintiff(s))

:Kent-William: Hubbard

_____

_____

vs

(Full name of defendant(s))

MEDICREDIT INC.

Collection Department.

_____

Case Number:

**19 CV 784 WMC**

(to be supplied by clerk of court)

---

A.  PARTIES

1.  Plaintiff is a citizen of  Wisconsin State  and resides at
    (State)
    
    %: N981 County Road CT, Reeseville
         (Address)       Wisconsin
                         [-53579]

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **MEDICREDIT, INC**
(Name)

is (if a person or private corporation) a citizen of **Maryland MO.**
(State, if known)

and (if a person) resides at **PO BOX 1629, Maryland Heights, MO 63043-0629**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. MEDICREDIT INC.

2. Entered into contract with me. & defaulted.

3. Were not able to provide details outlined in unilateral contract which became binding.

4. Through the USPS mail.

5. Financial gain

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

C. **JURISDICTION**

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 5962.11 .

(FCRA) 15 U.S.C. §1681b
(FDCPA) 15 USC. §1692c(a)(1)
(FCCPA) FLA STAT. §559 (PART VI)

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

award of money & order defendants to stop trying to contract with me (:Kent-William: Hubbard.)

E.  JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
          OR
☑ Court Trial – I want a judge to hear my case

Dated this __18__ day of __Sept.__ 20__19__.

Respectfully Submitted,

Reservation of Rights
:Kent-William: Hubbard
Signature of Plaintiff

715-574-6072
Plaintiff's Telephone Number

fixitKid88@gmail.com
Plaintiff's Email Address

%: N981 County Road G
Reeseville Wisconsin
[Non Domestic ~53579]
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.