DOC NO
REC'D/FILED

2019 SEP 18 PM 3:20

CLERK US DIST COURT
WD OF WI

**NON-NEGOTIABLE**

Kent of the family Hubbard
c/o : N981 COUNTY ROAD G
REESEVILLE, WISCONSIN
[~53579]

MEDICREDIT, INC. Collections Department
PO BOX 1629
MARYLAND HEIGHTS, MO
63043-0629

06-20-2019

**Re: Reference Number: 96708951**

7015 1660 0000 5967 4263

Dear Interloper,

Thank you for your recent contact dated: 06-10-2019

I feel this matter is serious and wish to deal with it in writing. I do **not** give you permission to contact me by telephone. I will be logging the dates and times of your calls and messages and should they continue, I must warn you that they will now constitute 'harassment' and I may take action under The Fair Debt Collection Practices Act.

Please provide verification of your claim, by providing me with true and certified copies (Not photocopies) of the Deed of Assignment (NOT Notice of Assignment) and Deed of Novation. Please also provide me with the name of the individual who is the duly authorized representative from your company, who has seen the Original Note and is certifying these assignments as certified copies and that your company now has the Original Note (Credit Agreement) under **penalty of perjury** and with **unlimited liability** and confirm that the Note has never been sold prior to your company purchasing this account. Please also confirm the name of the individual who is the duly authorized representative from your company, who has carried out due diligence under the Money Laundering Control Act of 1986 and what actions s/he has taken in relation to this account.

Please provide this information and documents within ten (10) days from the above date, so that I may settle any financial obligation I might lawfully owe. Your said failure to provide verification of your claim constitutes your agreement to the following terms: that you are a third party interloper; you have no legal standing; no first-hand knowledge of this matter; your claim is fraudulent; any damages I suffer you will be held culpable; you agree to pay all fee schedules; that any negative remarks made to a credit reference agency will be removed and that you will no longer pursue this matter any further.

Should you provide sufficient evidence that I owe your organization or your client any

1

no longer pursue this matter any further.

Should you provide sufficient evidence that I owe your organization or your client any outstanding amount and that you can provide proof that they have assigned you agency, I should be happy to pay any verified claim in full.

Yours sincerely

By:

_: Kent-William: Hubbard_      _6, 20,_ , 2019

By: Kent-William: Hubbard
Authorized Representative for [KENT WILLIAM HUBBARD]
without prejudice – non assumpsit


No assured value, No liability. Errors & Omissions Excepted. All Rights Reserved.
*Calls maybe recorded*

2

*#2 letter in the series*

DOC NO
REC'D & FILED

2019 SEP 18  PM 3: 20

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

**NON-NEGOTIABLE**

Kent of the family Hubbard
c/o : N981 COUNTY ROAD G
REESEVILLE, WISCONSIN
[~53579]

MEDICREDIT, INC. Collections Department
PO BOX 1629
MARYLAND HEIGHTS, MO
63043-0629

07-05-2019

**Re: Reference Number: 96708951**

Dear Interloper

I previously wrote to you on 06-20-2019  requesting verification of your claim, by providing me with true and certified copies (NOT photocopies) of the Deed of Assignment (Not the Notice of Assignment) and Deed of Novation. I also requested the name of the individual who is the duly authorized representative from your company, who has seen the Original Note and is certifying these assignments as certified copies and that your company now has the Original Note (Credit Agreement) under **penalty of perjury** and with **unlimited liability** and confirm that the Note has never been sold prior to your company purchasing this account and also confirmation of the name of the individual who is the duly authorized representative from your company, who has carried out due diligence under the Money Laundering Control Act of 1986 and what actions s/he has taken in relation to this account.

This verification is required to validate your claim, so that I may settle any financial obligation I might lawfully owe. Your said failure to provide the requested documentation within ten (10) days from the above date will constitute your agreement to the following terms:

1. That you are a third party interloper;
2. That you have no legal standing;
3. That you have no first-hand knowledge of this matter;
4. That your claim is fraudulent;
5. That any damages I suffer, you will be held culpable;
6. That any negative remarks made to a credit reference agency will be removed;
7. You will no longer pursue this matter any further;
8. That you agree to pay all Fee Schedules.

3

Should you provide sufficient evidence that I owe your organization or your client any outstanding amount and that you can provide proof that they have assigned you agency, I should be happy to pay any verified claim in full.

Yours sincerely

By: : Kent~william : Hubbard          7.05, 2019

By: Sovereign Kent of the family Hubbard
Authorized Agent andRepresentative for KENT WILLIAM HUBARD
and Non Resident Alien therefore Non Taxpayer

No assured value, No liability. Errors & Omissions Excepted. All Rights Reserved.

WITHOUT RECOURSE – NON-ASSUMPSIT

*Calls maybe recorded*

4

*#3 letter in the series*  DOC NO
RECD/FILED

2019 SEP 18  PM 3:20

PETER OPPENEER **NON-NEGOTIABLE**
CLERK US DIST COURT
WD OF WI

Kent of the family Hubbard
c/o : N981 COUNTY ROAD G
REESEVILLE, WISCONSIN
[~53579]

MEDICREDIT, INC. Collections Department
PO BOX 1629
MARYLAND HEIGHTS, MO
63043-0629

07-15-2019

### Re: Reference Number: 96708951

Dear Interloper

I previously wrote to you on 06-24-2019 and on 07-05-2019 requesting verification of your claim, by providing me with true and certified copies (NOT photocopies) of the Deed of Assignment (Not the Notice of Assignment) and Deed of Novation. I also requested the name of the individual who is the duly authorized representative from your company, who has seen the Original Note and is certifying these assignments as certified copies and that your company now has the Original Note (Credit Agreement) under **penalty of perjury** and with **unlimited liability** and confirm that the Note has never been sold prior to your company purchasing this account and also confirmation of the name of the individual who is the duly authorized representative from your company, who has carried out due diligence under the Money Laundering Control Act of 1986 and what actions s/he has taken in relation to this account.

This verification is required to validate your claim, so that I may settle any financial obligation I might lawfully owe. As you have failed to provide the documentation within the ten (10) days requested in my last correspondence, we are now in agreement to; and have a lawfully binding tacit agreement comprising, the following terms:

1. That you are a third party interloper;
2. That you have no legal standing;
3. That you have no first-hand knowledge of this matter;
4. That your claim is fraudulent;
5. That any damages I suffer, you will be held culpable;
6. That any negative remarks made to a credit reference agency will be removed;
7. You will no longer pursue this matter any further.

5

8. You have not proven any debt, if you sell the alleged liability, and/or appoint an agent to act on its/your behalf on this matter you will have broken our agreement and you agree to pay the following fee schedule $5962.11 for dishonoring our agreement, 1000 per hour or part of it of Authorized Representatives time nunc pro tunc, 1000 per recorded delivery or any other form of response nunc pro tunc also any further contact is now not necessary, if however you deem a need to contact me by phone or letter the fee is 100 per item payable in advance, place the check in the envelope, if no payment is made in advance the fee will rise to 1000 per item and you will also be held culpable for any cost incurred while recovering the debt you owe.

Yours sincerely

By: Kent-William: Hubbard

By: Sovereign Kent of the family Hubbard
Authorized Agent and Representative for KENT HUBBARD
and Non Resident Alien therefore Non Taxpayer

No assured value, No liability. Errors & Omissions Excepted. All Rights Reserved.

WITHOUT RECOURSE – NON-ASSUMPSIT

*Calls maybe recorded*

Signed and sworn before me this 19th day of July, 2019 by Kent William Hubbard.

Cheri Herbert

expires 6/10/22

*[Notary seal: CHERI HERBERT — NOTARY PUBLIC — STATE OF WISCONSIN]*

6