# **M**edi**C**redit **Inc.**

P.O. Box 1629;  Maryland Heights, MO 63043;  Phone (800) 888-2238; Fax  (855) 434-5959

July 17, 2019

**KENT HUBBARD**
**N981 COUNTY ROAD G**
**REESEVILLE, WI 53579**

**Dear KENT HUBBARD:**

Please review the **Itemized Statement** that you requested on the outstanding bill(s) owed to **ST. MARYS HOSPITAL - MADISON.**

If there is anything else I can do to assist you in resolving this matter or if you have any questions, please let me know.

Please be advised that some accounts may be written off to a zero balance on the itemized statements at the time the accounts are placed with our company.

Thank you for your cooperation.

With best regards,

The Support Team
MediCredit Inc.

This is an attempt to collect a debt from a debt collection agency
and any information obtained will be used for that purpose.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Pay online: WWW.MEDICREDITCORP.COM
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**SSM**Health
1145 Corporate Lake Dr
St Louis MO 63132

**Detail Bill**

| Location | Date of bill | Page No. |
|---|---|---|
| **SSM HEALTH ST. MARY'S HOSPITAL - MADISON** | **1/23/2019** | **1** |

| Patient Name | Patient Number | Sex | Age | Admission date | Discharge Date |
|---|---|---|---|---|---|
| Kent Hubbard | 77190181511 | Male [2] | 31 | 1/18/2019 | 1/18/2019 |

| Guarantor Name and Address | Kent Hubbard N981 County Road G REESEVILLE, WI 53579 | Account Balance 1,987.37 |
|---|---|---|

**Insurance Company**



**MyChart:** mychart.ssmhc.com
**Online:** ssmhealth.com/paymybill
**Call Us:** (855) 989-6789 M-F 8am-5pm CT

**Commerce Bank 0% Financing**

Call (855) 989-6789 to enroll in the Commerce Bank **No Cost, No Interest, No Credit Check** financing program for patients with payment obligations between $600-$50,000.



Please visit: ssmhealth.com/for-patients/financial-assistance for more information about Financial Assistance.



Contact Customer Service by Phone at (855) 989-6789 M-F, 8am-5pm or by email at billingquestions@ssmhealth.com

**Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 01/18/19 | 0305 | 60020290 | CBC W AUTO DIFFERENTIAL | 1 | 287.04 |
| 01/18/19 | 0301 | 60012155 | ALCOHOL ETHYL BLOOD V | 1 | 300.38 |

Additional patient billing may be necessary for any charges not posted when this bill is prepared, or if any insurance carriers do not pay any amount of the amounts shown.

| Patient Account number |
|---|
| 77190181511 |

Please refer to this patient number
On all inquires

**PLEASE REMIT TO:**

**SSM Health St. Mary's Hospital - Madison Parent**
**PO BOX 772909**
**Chicago, IL 60677-2909**

**Phone: (855) 989-6789 or (314) 989-6789**
**This statement may not include all professional fees.**



**SSM**Health

**Detail Bill**                                   **Page 2**

| Patient Name | Patient Number | Sex | Age | Admission date | Discharge Date |
|---|---|---|---|---|---|
| Kent Hubbard | 77190181511 | Male [2] | 31 | 1/18/2019 | 1/18/2019 |

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 01/18/19 | 0301 | 60016690 | COMPREHENSIVE METABOLIC PANEL | 1 | 436.80 |
| 01/18/19 | 0301 | 60015550 | MAGNESIUM BLOOD | 1 | 90.37 |
| 01/18/19 | 0301 | 60011600 | TSH | 1 | 207.54 |
| 01/18/19 | 0250 | 890023 | CHLORDIAZEPOXIDE 25 MG CAPS | 1 | 9.75 |
| 01/18/19 | 0450 | 810476 | HCHG EMERGENCY DEPT VISIT LEVEL 4 | 1 | 1,249.12 |

**Total charges:**                                                              **2,581.00**

**Payments and Adjustments**

| Description | Amount |
|---|---|
| Patient Adjustments | -593.63 |

**Total payments and adjustments:**                                             **-593.63**

Additional patient billing may be necessary for any charges not posted when this bill is prepared, or if any insurance carriers do not pay any amount of the amounts shown.

| Patient Account number |
|---|
| 77190181511 |

Please refer to this patient number
On all inquires

**PLEASE REMIT TO:**

**SSM Health St. Mary's Hospital - Madison Parent**

**PO BOX 772909**                **Phone: (855) 989-6789 or (314) 989-6789**

**Chicago, IL 60677-2909**        **This statement may not include all professional fees.**

**MEDICREDIT, INC.**
PO Box 1629
Maryland Heights, MO 63043-0629
**Phone: 1-800-888-2238**

> You can also pay by check or
> credit card at our website:
> *www.medicreditcorp.com*

| | | |
|---|---|---|
| Creditor Name: ST. MARYS HOSPITAL - MADISON | Date of Service: | 01/18/2019 |
| Account #:    96708951 | Balance Due on File: | $1,987.37 |
| Customer #:    77190181511 | Last Payment Date: | 00/00/0000 |

St. Marys Hospital - Madison provides Financial Assistance for eligible individuals. The Financial Assistance Policy and Financial Assistance Application are available upon request at the hospital facility, or by visiting ssmhealth.com/financialaid or by calling 1-855-989-6789. **If this debt remains unpaid, then 30 days from the date of this letter the Facility may begin the following Extraordinary Collection Actions (ECAs):**

- Reporting to a consumer credit reporting agency or credit bureaus (Credit Agencies)
- Commence a civil action (suit) which may include:
  - Garnishment of wages
  - Attaching or seizing a bank account
  - Placing a lien on residences or other personal property

A Plain Language Summary of the facility's Financial Assistance Policy is included with this notice.

Please either:
1. Remit payment in full to this office or,
2. For phone payments, express mail, MoneyGram information, call between 8:00am and 8:00pm Monday to Thursday, 8:00am to 5:00pm Friday, and 8:00am to Noon Saturday. All times are Central Time Zone.

 Please call to make a payment by check or credit card by telephone. 

Contact us toll free at 1-800-888-2238.

Medicredit, Inc.
PO Box 1629
Maryland Heights, MO 63043-0629

**This communication is from a debt collector.**

TTTOGW01
PO Box 1280
Oaks PA 19456-1280
ADDRESS SERVICE REQUESTED

| | |
|---|---|
| Account #: | 96708951 |
| Amount Due on File: | $1,987.37 |
| Statement Date: | August 26, 2019 |

**Mail all Correspondence to:**

0044 017 145

Kent Hubbard
N981 County Road G
Reeseville WI 53579-9794

MEDICREDIT, INC.
PO Box 1629
Maryland Heights, MO 63043-0629

>>> *Please see reverse side for important information.*

348552258 76TTTOGW0101DSCL5R 96708951 B1SS10WT

# MediCredit Inc.

P.O. Box 1629;  Maryland Heights, MO 63043;  Phone (800) 888-2238; Fax  (855) 434-5959

August 1, 2019

**KENT HUBBARD**
**N981 COUNTY ROAD G**
**REESEVILLE, WI 53579**

**Dear KENT HUBBARD:**

Please review the **Itemized Statement** that you requested on the outstanding bill(s) owed to **ST. MARYS HOSPITAL – MADISON.**

If there is anything else I can do to assist you in resolving this matter or if you have any questions, please let me know.

Please be advised that some accounts may be written off to a zero balance on the itemized statements at the time the accounts are placed with our company.

Thank you for your cooperation.

With best regards,

The Support Team
MediCredit Inc.

This is an attempt to collect a debt from a debt collection agency
and any information obtained will be used for that purpose.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Pay online:  WWW.MEDICREDITCORP.COM
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**Detail Bill**

| Location | Date of bill | Page No. |
|---|---|---|
| | | |
| SSM HEALTH ST. MARY'S HOSPITAL - MADISON | 1/23/2019 | 1 |

**SSM**Health
1145 Corporate Lake Dr
St Louis MO 63132

| Patient Name | Patient Number | Sex | Age | Admission date | Discharge Date |
|---|---|---|---|---|---|
| Kent Hubbard | 77190181511 | Male [2] | 31 | 1/18/2019 | 1/18/2019 |

| Guarantor Name and Address | Kent Hubbard<br>N981 County Road G<br>REESEVILLE, WI 53579 | Account Balance<br>1,987.37 |
|---|---|---|

**Insurance Company**

**Pay Now**
**MyChart:** mychart.ssmhc.com
**Online:** ssmhealth.com/paymybill
**Call Us:** (855) 989-6789 M-F 8am-5pm CT

**Commerce Bank 0% Financing**
Call (855) 989-6789 to enroll in the Commerce Bank **No Cost, No Interest, No Credit Check** financing program for patients with payment obligations between $600-$50,000.

**Financial Assistance**
Please visit: ssmhealth.com/for-patients/financial-assistance for more information about Financial Assistance.

**Billing Questions?**
Contact Customer Service by Phone at (855) 989-6789 M-F, 8am-5pm or by email at billingquestions@ssmhealth.com

**Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 01/18/19 | 0305 | 60020290 | CBC W AUTO DIFFERENTIAL | 1 | 287.04 |
| 01/18/19 | 0301 | 60012155 | ALCOHOL ETHYL BLOOD V | 1 | 300.38 |

Additional patient billing may be necessary for any charges not posted when this bill is prepared, or if any insurance carriers do not pay any amount of the amounts shown.

| Patient Account number |
|---|
| 77190181511 |

Please refer to this patient number
On all inquires

**PLEASE REMIT TO:**

**SSM Health St. Mary's Hospital - Madison Parent**

**PO BOX 772909**          **Phone: (855) 989-6789 or (314) 989-6789**

**Chicago, IL 60677-2909**      **This statement may not include all professional fees.**



**Detail Bill**

**Page 2**

| Patient Name | Patient Number | Sex | Age | Admission date | Discharge Date |
|---|---|---|---|---|---|
| Kent Hubbard | 77190181511 | Male [2] | 31 | 1/18/2019 | 1/18/2019 |

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 01/18/19 | 0301 | 60016690 | COMPREHENSIVE METABOLIC PANEL | 1 | 436.80 |
| 01/18/19 | 0301 | 60015550 | MAGNESIUM BLOOD | 1 | 90.37 |
| 01/18/19 | 0301 | 60011600 | TSH | 1 | 207.54 |
| 01/18/19 | 0250 | 890023 | CHLORDIAZEPOXIDE 25 MG CAPS | 1 | 9.75 |
| 01/18/19 | 0450 | 810476 | HCHG EMERGENCY DEPT VISIT LEVEL 4 | 1 | 1,249.12 |

**Total charges:** 2,581.00

**Payments and Adjustments**

| Description | Amount |
|---|---|
| Patient Adjustments | -593.63 |

**Total payments and adjustments:** -593.63

Additional patient billing may be necessary for any charges not posted when this bill is prepared, or if any insurance carriers do not pay any amount of the amounts shown.

| Patient Account number |
|---|
| 77190181511 |

Please refer to this patient number
On all inquires

**PLEASE REMIT TO:**

**SSM Health St. Mary's Hospital - Madison Parent**
PO BOX 772909
Chicago, IL 60677-2909

**Phone: (855) 989-6789 or (314) 989-6789**
**This statement may not include all professional fees.**

# **M**edi**C**redit **Inc.**

P.O. Box 1629;  Maryland Heights, MO 63043;  Phone (800) 888-2238; Fax  (855) 434-5959

July 9, 2019

**KENT HUBBARD**
**N981 COUNTY ROAD G**
**REESEVILLE, WI 53579**

Dear KENT HUBBARD:

Please review the **Itemized Statement** that you requested on the outstanding bill(s) owed to **ST. MARYS HOSPITAL – MADISON.**

If there is anything else I can do to assist you in resolving this matter or if you have any questions, please let me know.

Please be advised that some accounts may be written off to a zero balance on the itemized statements at the time the accounts are placed with our company.

Thank you for your cooperation.

With best regards,

The Support Team
MediCredit Inc.

This is an attempt to collect a debt from a debt collection agency and any information obtained will be used for that purpose.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Pay online:  WWW.MEDICREDITCORP.COM
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**SSM**Health
1145 Corporate Lake Dr
St Louis MO 63132

**Detail Bill**

| Location | Date of bill | Page No. |
|---|---|---|
| **SSM HEALTH ST. MARY'S HOSPITAL - MADISON** | **1/23/2019** | **1** |

| Patient Name | Patient Number | Sex | Age | Admission date | Discharge Date |
|---|---|---|---|---|---|
| Kent Hubbard | 77190181511 | Male [2] | 31 | 1/18/2019 | 1/18/2019 |

| Guarantor Name and Address | Kent Hubbard<br>N981 County Road G<br>REESEVILLE, WI 53579 | Account Balance<br>1,987.37 |
|---|---|---|

**Insurance Company**



**MyChart:** mychart.ssmhc.com
**Online:** ssmhealth.com/paymybill
**Call Us:** (855) 989-6789 M-F 8am-5pm CT



Call (855) 989-6789 to enroll in the Commerce Bank **No Cost, No Interest, No Credit Check** financing program for patients with payment obligations between $600-$50,000.



Please visit: ssmhealth.com/for-patients/financial-assistance for more information about Financial Assistance.



Contact Customer Service by Phone at (855) 989-6789 M-F, 8am-5pm or by email at billingquestions@ssmhealth.com

**Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 01/18/19 | 0305 | 60020290 | CBC W AUTO DIFFERENTIAL | 1 | 287.04 |
| 01/18/19 | 0301 | 60012155 | ALCOHOL ETHYL BLOOD V | 1 | 300.38 |

Additional patient billing may be necessary for any charges not posted when this bill is prepared, or if any insurance carriers do not pay any amount of the amounts shown.

| Patient Account number |
|---|
| 77190181511 |

Please refer to this patient number
On all inquires

**PLEASE REMIT TO:**

**SSM Health St. Mary's Hospital - Madison Parent**

PO BOX 772909

Chicago, IL 60677-2909

**Phone: (855) 989-6789 or (314) 989-6789**

**This statement may not include all professional fees.**


**SSM**Health

**Detail Bill**

Page 2

| Patient Name | Patient Number | Sex | Age | Admission date | Discharge Date |
|---|---|---|---|---|---|
| Kent Hubbard | 77190181511 | Male [2] | 31 | 1/18/2019 | 1/18/2019 |

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 01/18/19 | 0301 | 60016690 | COMPREHENSIVE METABOLIC PANEL | 1 | 436.80 |
| 01/18/19 | 0301 | 60015550 | MAGNESIUM BLOOD | 1 | 90.37 |
| 01/18/19 | 0301 | 60011600 | TSH | 1 | 207.54 |
| 01/18/19 | 0250 | 890023 | CHLORDIAZEPOXIDE 25 MG CAPS | 1 | 9.75 |
| 01/18/19 | 0450 | 810476 | HCHG EMERGENCY DEPT VISIT LEVEL 4 | 1 | 1,249.12 |

**Total charges:** 2,581.00

**Payments and Adjustments**

| Description | Amount |
|---|---|
| Patient Adjustments | -593.63 |

**Total payments and adjustments:** -593.63

Additional patient billing may be necessary for any charges not posted when this bill is prepared, or if any insurance carriers do not pay any amount of the amounts shown.

| Patient Account number | **PLEASE REMIT TO:** |
|---|---|
| 77190181511 | **SSM Health St. Mary's Hospital - Madison Parent** |

Please refer to this patient number
On all inquires

**PO BOX 772909**
**Chicago, IL 60677-2909**

**Phone: (855) 989-6789 or (314) 989-6789**

**This statement may not include all professional fees.**

DOC NO
REC'D/FILED
2019 SEP 18  PM 3: 21
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Kent-William: Hubbard
c/o: N981 County Road G
Reeseville, Wisconsin
[53579]

MEDICREDIT INC.
PO Box 1629
Maryland Heights, MO
63043-0629
August 28th 2019

### NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure **MEDICREDIT, INC.** violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b, Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1) and the Florida Consumer Collection Practices Act (FCCPA), FLA. STAT. §559 (Part VI).

I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so. If **MEDICREDIT, INC.** chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law.

I can be reached directly at 715-574-6072(cell) or via email at Fixitkidd88@gmail.com. This cell number is not to be called, shared, or used for any purpose other than to address the matters at hand.

Respectfully,

Kent-William: Hubbard

Kent-William: Hubbard

*(handwritten top:)* Please notice all Negative words for the C.J.S.

*(handwritten:)* NOT-DEFIND-AND-NOT CLEAR

*(handwritten:)* − = NO

**MEDICREDIT, INC.**
PO Box 1629
Maryland Heights, MO 63043-0629
**Phone: 1-800-888-2238**

*(box top right:)* You can also pay by check or credit card at our website: *www.medicreditcorp.com*

*(handwritten:)* 8 = PAST TENSE    9 = FUTURE TENSE    GRAMMAR = VOID SENTENCE

| | |
|---|---|
| Creditor Name: ST. MARYS HOSPITAL - MADISON | Date of Service: 01/18/2019 |
| Account #: 96708951 | Balance Due on File: $1,987.37 |
| Customer #: 77190181511 | Last Payment Date: 00/00/0000 |

*(handwritten:)* Species of money per article 1 sec 10 US constitution?

*(handwritten:)* Not defined nom de gur or man?

This is to inform you that St. Marys Hospital - Madison has placed your account with this agency with the full intention of collecting this account. Please give this past due account the attention it deserves.

*(handwritten:)* USC - 15-1692g Validation of Debts

Please either:

1. Remit payment in full to this office or,
2. For phone payments, express mail, MoneyGram information, call between 8:00am and 8:00pm Monday to Thursday, 8:00am to 5:00pm Friday, and 8:00am to Noon Saturday. All times are Central Time Zone.

Please call to make a payment by check or credit card by telephone

**MoneyGram. ExpressPayment.**

*(handwritten:)* YOU UNDEFINED

**Important Notice:**
Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Financial assistance may be available to you. Please contact 800-888-2238 for further information about our financial assistance programs. If you do not qualify for financial assistance, we will work with you to establish a non-interest payment plan. If you have applied for assistance in the past you may reapply at any time to ensure we are aware of your most current financial situation.

Medicredit, Inc.
PO Box 1629
Maryland Heights, MO 63043-0629

*(handwritten:)* ←— EMPTY SPACE = VOID

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for this purpose.

*(handwritten:)* USC 15-1692g

*(handwritten:)* Law of Boxing & 4 CORNER LAW

**>>> Please see reverse side if applicable for credit card payment or medical insurance information <<<**

***Detach Lower Portion and Return with Payment***

287059126_ITTTOGW01DBJI_96708951_B1SS10WT

*(handwritten:)* UNDEFINED CODE ↑

TTTOGW01
PO Box 1280
Oaks PA 19456-1280

Account #: 96708951
Amount due on file: $1,987.37

Mail all Correspondence to:

*(handwritten:)* Species of money per article 1 sec 10 US Constitution?

*(handwritten:)* EMPTY SPACE = VOID

June 5, 2019

MEDICREDIT, INC.
PO Box 1629
Maryland Heights, MO 63043-0629

*(handwritten:)* — UNDEFINED

Kent Hubbard  *(handwritten:)* ← Legal name?
N981 County Road G
Reeseville WI 53579-9794

*(handwritten:)* USC 15-1666 Correction of Billing Errors.

*(handwritten:)* PO BOX CONTRACT venue?

*(handwritten left margin:)* Codes?

## PLEASE COMPLETE THIS SECTION IF YOU CARRY INSURANCE

| | | |
|---|---|---|
| **EMPLOYER** | **ADDRESS** | **TELEPHONE** |
| **INSURANCE OR HMO** | | **NAME OF INSURED EMPLOYEE** |
| **GROUP OR POLICY NUMBER(S)** | | **POLICY HOLDER'S SOCIAL SECURITY NUMBER** |
| **CLAIM MAILING ADDRESS** | **INS. CO. PHONE #** ( ) | **CERTIFICATION AUTHORIZATION NUMBER IF REQUIRED** |

**Blue Cross Blue Shield**

SUBSCRIBER NAME

GROUP NO.

CONTRACT NUMBER

EFFECTIVE DATE OF CURRENT COVERAGE

SERVICE CODE

BC PLAN CODE

**BLUE CROSS OR ← BLUE CARE ACT.**

**MEDICARE →**

**MEDICAID ↓**

**Health     Insurance**

SOCIAL SECURITY ACT

NAME OF BENEFICIARY

CLAIM NUMER                    SEX

IS ENTITLED TO                  EFFECTIVE DATE

SIGN HERE_____

| DEPARTMENT OF SOCIAL SERVICES MEDICAL ASSISTANCE AUTHORIZATION | | | | | Eligible Period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Recipient ID No. | Eligible Person | Birth Date | OI | | Prog. | Co. | Dist. | Unit | Wkr. | Case Number |
| | | | | | Scope of Coverage | Patient Pay Amount | | Level Of Care | | |

**FOR INSURANCE PAYMENTS PLEASE COMPLETE UPPER PORTION AND RETURN THE ENTIRE NOTICE**

## WE ACCEPT MASTERCARD, VISA, AND DISCOVER

### PLEASE PAY IN FULL

If you wish to make your payment via credit card, please complete the information below and return in the enclosed envelope.

**CHECK ONE**

| | Account Number | Payment Amount | Expiration Date |
|---|---|---|---|
| ☐ MasterCard | \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| \| | $ | / |
| ☐ VISA | Cardholder Name | Signature of Cardholder | Date |
| ☐ DISCOVER | Cardholder Street Address | City          State | Zip |
| | Phone number for verification of information if necessary ( ) - | | |

**MEDICREDIT, INC.**
PO Box 1629
Maryland Heights, MO 63043-0629
**Phone: 1-800-888-2238**

You can also pay by check or
credit card at our website:
_**www.medicreditcorp.com**_

Creditor Name: ST. MARYS HOSPITAL - MADISON
Account #:    96708951
Customer #:   77190181511

Date of Service:        01/18/2019
Balance Due on File:    $1,987.37
Last Payment Date:      00/00/0000

St. Marys Hospital - Madison provides Financial Assistance for eligible individuals. The Financial Assistance Policy and Financial Assistance Application are available upon request at the hospital facility, or by visiting ssmhealth.com/financialaid or by calling 1-855-989-6789. **If this debt remains unpaid, then 30 days from the date of this letter the Facility may begin the following Extraordinary Collection Actions (ECAs):**
- Reporting to a consumer credit reporting agency or credit bureaus (Credit Agencies)
- Commence a civil action (suit) which may include:
  - Garnishment of wages
  - Attaching or seizing a bank account
  - Placing a lien on residences or other personal property

A Plain Language Summary of the facility's Financial Assistance Policy is included with this notice.

Please either:
1. Remit payment in full to this office or,
2. For phone payments, express mail, MoneyGram information, call between 8:00am and 8:00pm Monday to Thursday, 8:00am to 5:00pm Friday, and 8:00am to Noon Saturday. All times are Central Time Zone.

   Please call to make a payment by
check or credit card by telephone.



Contact us toll free at 1-800-888-2238.

Medicredit, Inc.
PO Box 1629
Maryland Heights, MO 63043-0629

**This communication is from a debt collector.**

346552258_76TTTOGW0101DSCL5R_96708951_B1SS10WT

We are required under certain State and Local Laws to notify consumers of those States or Localities of the following rights. This list does not contain a complete list of the rights consumers have under Federal, State, or Local Laws.

### ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency, if you fail to fulfill the terms of your credit obligations. Please notify the creditor of any change(s) in your name, address or employment.

### ADDITIONAL INFORMATION FOR COLORADO RESIDENTS

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car. COLORADO OFFICE LOCATION: 80 GARDEN CENTER, SUITE 3, BROOMFIELD, CO 80020; LOCAL PHONE: 303-920-4763; TOLL-FREE PHONE: 800-388-7977.

A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATIONS WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

### ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS

NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

### ADDITIONAL INFORMATION FOR MINNESOTA RESIDENTS

THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE. Collection agency street address is Medicredit Inc., 3620 I-70 Dr. E Ste C, Columbia, MO 65201-6582. Hours of operation on front.

### ADDITIONAL INFORMATION FOR NEW YORK CITY RESIDENTS

This collection agency is licensed by the New York City Department of Consumer Affairs, license numbers 1209512-DCA, 1294245-DCA, 2004610-DCA, 2004614-DCA and 2004603-DCA.

### ADDITIONAL INFORMATION FOR NORTH CAROLINA RESIDENTS

Medicredit, Inc., 111 Corporate Office Dr. Suite 200,  Earth City, MO  63045; North Carolina Department of Insurance permit number:

Pursuant to N.C. Gen Stat. 131E-91, patients have a right to receive an itemized bill. Please contact the provider at 800-888-2238 to request an itemized bill.

### ADDITIONAL INFORMATION FOR TENNESSEE RESIDENTS

This collection agency is licensed by the Collection Service Board of the State Department of Commerce and Insurance.

### ADDITIONAL INFORMATION FOR UTAH RESIDENTS

As required by Utah Law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### ADDITIONAL INFORMATION FOR WASHINGTON RESIDENTS:

This collection agency is licensed as Medicredit, Inc., 3620 I-70 Drive SE, Suite C, Columbia, MO 65201-6582, 877-395-3125, 800-242-6813; 1801 California Avenue, Corona, CA 92881-7251, 800-777-9929; 13730 South Point Boulevard, Charlotte, NC 28273-7715, 888-213-9688; 111 Corporate Center Drive, Suite 200, Earth City, MO 63045-1506, 800-888-2238; and 9700 Bissonnet Street, Suite 2300W, Houston, TX 77036-8001, 860-633-2200.



## Financial Assistance Summary

SSM Health is committed to providing financial assistance to people who are without insurance, underinsured, ineligible for a government program, or otherwise unable to pay for medically necessary care. SSM Health will provide care of emergency medical conditions to individuals regardless of their ability to pay.

Financial assistance is available on a sliding-scale. Each applicant's financial need is based on Federal Poverty Levels, which includes income and number of family members. Financial need does not consider age, gender, race, social or immigrant status, sexual orientation or religious affiliation. SSM Health limits the amount charged for emergency and medically necessary care provided to patients who are eligible for financial assistance under this policy to not more than gross charges for the care multiplied by the AGB percentage

**To apply for financial assistance,** you must complete a Financial Assistance Application. Call **(855) 989-6789** or visit **ssmhealth.com/financialaid** to receive a free application. The following documentation should be included with your application:

- Checking & savings account statements (last three months)
- Verification of income (last two months)
- Last year's federal tax return or non-filing letter

Uninsured patients automatically receive a discount on their bill. This will be noted on your billing statement. It does not disqualify you for financial assistance. For uninsured patients, financial assistance is applied after the discount.

Patients without enough insurance coverage also might be eligible for assistance.

Our Financial Counselors can help determine your financial assistance eligibility. If applicable, they can help you apply for Medicaid or setup a payment plan.

Patients are expected to cooperate with SSM Health's Financial Assistance Application process. Eligibility for financial assistance may be restricted to residents in the primary service areas of SSM Health's care sites. In cases when a patient appears eligible for financial assistance, but no evidence is available, SSM Health could use outside agencies to determine eligibility.

Translations of the Financial Assistance Policy, the Billing and Collections policy, the Plain Language Summary, and the Financial Assistance Application are available in the following languages at **ssmhealth.com/financialaid**: Spanish, German, Chinese, Vietnamese, French, Serbo-Croatian, Korean, Russian, Tagalong, Arabic, Hmong, Laotian

**A copy of our Billing and Collections Policy, which describes the actions that SSM Health may take in the event of nonpayment, is provided for free upon request.**

SSM Health may at any time revise the criteria determining eligibility for financial assistance.

Submit the application and all requested documentation by mail, email, fax, or in person. Be assured that SSM Health understands the sensitivity of your personal information and works hard to protect your privacy.

 **By Mail**
**SSM Health:** Patient Business Services
Attn: Financial Assistance
PO Box 28205
St. Louis, MO 63132

 **By Fax**
(314) 989-6374

 **By Email**
financialaid@ssmhc.com

### In Person
Please see the Financial Counselor at the Facility in which you received care. Addresses are listed below.

**Wisconsin**

**St. Clare Hospital**
707 14th St.
Baraboo, WI 53913

**St. Mary's Hospital**
700 S. Park St.
Madison, WI 53715

**St. Mary's Janesville Hospital**
3400 E. Racine St.
Janesville, WI 53546

**Illinois**

**St. Mary's Hospital - Centralia**
400 N. Pleasant Ave
Centralia, IL 62801

**Good Samaritan Regional Medical Center – Mount Vernon**
1 Good Samaritan Way
Mount Vernon, IL 62864

**Missouri**

**SSM Cardinal Glennon Children's Medical Center**
1465 S. Grand Blvd.
St. Louis, MO 63104

**SSM DePaul Health Center**
12303 DePaul Dr.
St. Louis, MO 63044

**SSM St. Joseph Health Center**
300 First Capitol Drive
St. Charles, MO 63301

**SSM St. Joseph Health Center – Wentzville**
500 Medical Drive
Wentzville, MO 63385

**SSM St. Joseph Hospital West**
100 Medical Plaza
Lake Saint Louis, MO 63367

**Missouri**

**SSM St. Mary's Health Center**
6420 Clayton Rd.
Richmond Heights, MO 63117

**SSM St. Clare Health Center**
1015 Bowles Ave.
Fenton, MO 63026

**SSM Health St. Mary's Hospital – Jefferson City**
2505 Mission Dr.
Jefferson City, MO 65109

**SSM Health St. Mary's Hospital – Audrain**
620 E. Monroe
Mexico, MO 65265

**St. Francis Hospital – Maryville**
2016 South Main Street
Maryville, MO 64468

**Oklahoma**

**Bone & Joint St. Anthony Hospital**
1111 N. Dewey Ave.
Oklahoma City, OK 73103

**St. Anthony Hospital**
1000 N. Lee
Oklahoma City, OK 73102

**St. Anthony Shawnee Hospital**
1102 W. MacArthur St.
Shawnee, OK 74804

**Box 1629**
and Heights, MO 63043



U.S. POSTAGE >> PITNEY BOWES

ZIP 63045 $ 000.50⁰
02 4W
0000354447 JUL 10 2019



5357939794 R501

**1629**
ights, MO 63043



U.S. POSTAGE >> PITNEY BOWES

ZIP 63045   $ 000.50⁰
02 4W
0000354447 JUL 18 2019



5367989794 R601

.O. Box 1629
aryland Heights, MO 63043



U.S. POSTAGE **》》PITNEY BOWES**

ZIP 63045 **$ 000.50**
02 4W
0000354447 AUG 02 2019



5357939794 R501