U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

MARYLAND HEIGHTS, MO 63043    OFFICIAL USE

| Certified Mail Fee | $3.50 | | 0810 |
| --- | --- | --- | --- |
| $ | | $2.80 | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $ $0.00
☐ Return Receipt (electronic)         $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$   $0.55

Total Postage and Fees
$   $6.85

Postmark Here — STURGEON BAY, WI 54235 — SEP -6 2019 — USPS

Sent To
Medicredit INC
Street and Apt. No., or PO Box No.
PO Box 1629
City, State, ZIP+4®
Maryland Heights MO 63043-0629

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

v-00784-wmc   Document #: 1-3   Filed: 09/20/19

7019 0700 0000 2340 4304

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): CRC   C. Date of Delivery: 7/29/15<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>MEDICREDIT, INC.<br>PO BOX 1629<br>MARYLAND HEIGHTS, MO<br>63043-0629<br><br>9590 9403 0424 5163 6644 13 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ _(ed)_ Mail<br>☐ _(ed)_ Mail Restricted Delivery<br>(over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 1660 0000 5967 4652 | |

PS Form 3811, April 2015 PSN 7530-02-000-9053     Domestic Return Receipt

UNITED STATES POSTAL SERVICE

ST LOUIS
MO 630
29 JUL '19
PM 9 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

:Kent-William: Hubbard
c/o: N981 County Road CT
Reeseville Wisconsin
[53579]

USPS TRACKING#



9590 9403 0424 5163 6644 13

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MEDICREDIT INC
PO BOX 1629
MARYLAND HEIGHTS, MO
63043-0629

9590 9402 4782 8344 3959 08

2. Article Number *(Transfer from service label)*

7015 1660 0005 967 4263

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
7/1/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Postmark: MARYLAND HEIGHTS MO 63043 USPS JUL 02 2019]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 4782 8344 3959 08

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Kent W. Hubbard
N981 County Rd G
Reeseville WI
53579

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MEDICREDIT INC.
PO BOX 1629
MARYLAND HEIGHTS, MO
63043-0629

9590 9402 4306 8190 9663 18

2. Article Number *(Transfer from service label)*

7014 0520 0000 2340 0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
7/9/19

[stamp: MARYLAND HTS MO 63043 JUL 09 2019 USPS]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**United States Postal Service**

USPS TRACKING #

9590 9402 4306 8190 9663 18

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

KENT WILLIAM HUBBARD
%: N981 COUNTY ROAD G
REESEVILLE, WISCONSIN
53579