IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENT WILLIAM HUBBARD,

    Plaintiff,

  v.

                                    Case No. 19-cv-784-wmc

MEDICREDIT INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to prosecute.

| /s/ | 6/23/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |